Randall T. Garteiser (CBN 231821)
rgarteiser@ghiplaw.com
Kirk J. Anderson (CBN 289043)
kanderson@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson St.
Tyler, Texas 75702
Tel/Fax: (888) 908-4400

Attorneys for Plaintiff
BLUE SPIKE, LLC


James E. Hopenfeld (CBN 190268)
jhopenfeld@singerbea.com
SINGER BEA LLP
601 Montgomery Street, Suite 1950
San Francisco, CA 94111
Tel/Fax: (415) 500-6080

Attorney for Defendant
MEDIA SCIENCE INCORPORATED

# INTHE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE SPIKE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MEDIA SCIENCE INCORPORATED<br><br>    Defendant. | Civil Case No.: CV 17-5656-GW(Ex)<br><br>**ORDER TO DISMISS MEDIA SCIENCE INCORPORATED** |

Pursuant to Fed. R. Civ. P. 41(a), recognizing the Stipulation of Dismissal filed by plaintiff Blue Spike, LLC and defendant Media Science Incorporated pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

1

ORDERED that the claims asserted herein by Plaintiff Blue Spike, LLC against Defendant Media Science Incorporated be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

Dated: August 16, 2017

_____
GEORGE H. WU, U.S. District Judge